# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PAULA L. STILLMAN, M.D., | : | No. 92 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TEMPLE UNIVERSITY HEALTH SYSTEM | : | |
| AND TEMPLE UNIVERSITY HOSPITAL, | : | |
| INC., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.